IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON WILLIAM FRANTZ,<br><br>    Plaintiff,<br><br>        v.<br><br>KINGSTON POLICE DEPT., *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 3:15-CV-0402<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SAPORITO) |

## ORDER

**NOW**, this 28th day of April, 2015, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito (Doc. 9) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)   The Report and Recommendation (Doc. 9) is **ADOPTED**.

(2)   The Amended Complaint (Doc. 6) is **DISMISSED**.

(3)   The Clerk of Court is instructed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge